IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10-0325-01-CR-W-SOW |
| | ) | |
| CARL D. EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate John T. Maughmer (*see* Doc. #22) regarding defendant Carl D. Edwards' Motion for Determination of Competency (*see* Doc. #18). That motion was granted and a hearing was held regarding defendant's competency, at which time the parties stipulated to the psychological or psychiatric report of Dr. Ryan Nybo. Judge Maughmer found that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. No objections to the Report and Recommendation were filed, although any objections were due on or before July 12, 2011. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. The Court agrees with this recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that the Court finds that defendant Carl D. Edwards is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: July 14, 2011